THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ROBERT W. WHITNEY, Defendant-Appellant.

(No. 73-330; ▮▮▮▮▮▮▮▮▮▮)

Third District—December 23, 1974.

Opinion by Mr. JUSTICE ALLOY.

James Geis, of State Appellate Defender's Office, of Ottawa, for appellant.

Henry D. Sintzenich, State's Attorney, of Macomb (William Henderson, Assistant State's Attorney, of counsel), for the People.